O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-1789 AHM (VBKx) | Date | May 8, 2009 |
|---|---|---|---|
| Title | SARTAIN v. AURORA LOAN SERVICES, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

In light of the representation to the Court by Donald M. Scotten, attorney of record for Defendant Aurora Loan Services, LLC ("Aurora"), that Aurora will not take any action to oust Plaintiff from his home before the hearing on the pending motion to dismiss on May 18, 2009, the Court deems the *ex parte* application for a temporary restraining order[1] to be a motion for a preliminary injunction. The Court will rule on this motion at the May 18, 2009, 10:00 a.m. hearing. Aurora must file and serve its response to the motion by no later than 4:00 p.m. on May 11, 2009, and Plaintiff may file and serve his reply by no later than 4:00 p.m. on May 15, 2009.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

[1] Docket No. 16.