O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1789-AHM (VBKx) | Date | May 18, 2009 |
|---|---|---|---|
| Title | MELVIN SARTAIN v. AURORA LOAN SERVICES, LLC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James R. Galliver | Donald M. Scotten |

**Proceedings:** (1) MOTION to Dismiss Plaintiff's Complaint, MOTION to Strike Portions of filed by Defendant Aurora Loan Services, LLC [10]
(2) PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
(non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court grants the motion to dismiss with leave to amend by not later than May 22, 2009 and denies plaintiff's motion for a preliminary injunction. Order to issue.

In light of the Court's ruling, the scheduling conference set for hearing later this afternoon is vacated.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | SMO |