O   JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1789 AHM (VBKx) | Date | August 4, 2009 |
|---|---|---|---|
| Title | SARTAIN v. AURORA LOAN SERVICES, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

This home foreclosure case was removed from state court on March 16, 2009. Plaintiff sued Aurora Loan Services, LLC ("Aurora"), Mortgage Electronic Registration Systems, Inc., Quality Loan Service Corporation, Does 1-25, and Corporate Roes 1-25. Aurora removed the case and it is the only defendant who has been served and entered an appearance in this Court. On May 28, 2009, after holding a hearing on Aurora's motion to dismiss and giving Plaintiff the chance to amend his Complaint, the Court dismissed the claims against Aurora with prejudice.

The Court stated in its May 28, 2009 Order that Plaintiff had until July 14, 2009 to serve Defendants Mortgage Electronic Registration Systems, Inc., Quality Loan Service Corporation, Does 1-25, and Roes 1-25. It also stated that if Plaintiff intended to serve these defendants, he must file proofs of service on them by not later than July 21, 2009, or show cause in writing by July 21, 2009 why he has not effectuated service. Failure to do so would result in the dismissal of this case against the unserved defendants.

Plaintiff has failed to file any proofs of service, or to show cause in writing why he has not effectuated service on the remaining defendants. The Court therefore dismisses this case in its entirety, and ORDERS the Clerk to close the case.

:
Initials of Preparer   se